# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

January 23, 2026

BY ECF
Hon. Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Dawayn Lindsey,* 25 Cr. 480 (KMK)

Your Honor:

I represent Dawayn Lindsey in the referenced case and am writing to ask that his sentencing, currently scheduled for February 17, 2026, be postponed approximately one month. The reason for this request is to provide additional time for the mitigation expert, who was recently approved to work on this case, to prepare her report. I have conferred with AUSA Benjamin Lavender and he informs me that the government consents to this application, and that he is available March 18th-March 20th. I am also available those dates, with the exception of between 10-2 on March 20th (insofar as I have a conference at noon in Manhattan that day).

Accordingly, I ask that the sentencing for Mr. Lindsey be postponed to sometime on March 18th, March 19th, or March 20th (but not between 10-2 on March 20th).

Respectfully submitted,

Sentence is adjourned to 4/ 9 /26,
at 10:00

So Ordered
1/23/26

/s/
James E. Neuman