

From: **Ashley Kinard** ashleykinard27@gmail.com
Subject: Letter for Dawayn Lindsey
Date: March 26, 2026 at 10:46 AM
To: jill@zedekpartners.com

Dear Judge Karas,

My name is Ashley Kinard. I am Dawayn Lindsey's girlfriend. We have known each other since childhood and have been together for seven years. I am writing because there are things about who Dawayn is in our home every day that I want you to know before you sentence him. I know he did wrong. So does he. I am writing because the man I know was trying, genuinely and with everything he had, to do right.

Dawayn works the overnight shift at the bakery. He comes home when the rest of us are just waking up. Most people would come through the door and go straight to sleep. Dawayn makes the kids breakfast first and gets them ready for school. Then he sleeps. When they come back from school, he is there again to greet them and talk about their day or help with homework. For Dawayn this is not sacrifice it is the best part of his day.

I say our children but only two are biologically his. Dawayn does not make that distinction and never has. He loves all of them the same  his, mine, the neighbor kids who drift in because they know he is here. That is Dawayn. His heart has no limits and that is his greatest strength.

One of the things I love most about Dawayn — and I will be honest, it sometimes drives me a little crazy too — is that he is never too proud to admit where he went wrong. He will sit down and walk through every detail of a mistake, not in that obsessive way but because he needs to understand it. He is always looking for the lesson. He never makes excuses. He does not waste energy on what he cannot change, but he works very hard on the things he can. When he tells you he is going to do something, he does it. When he went to prison he promised me he would come home different and he really did keep that promise. Even when an injury meant he to do CDL school all over again or complained it wasn't fair. He never complains about fairness. He only expresses gratitude for every opportunity he found since he's been home. He knows that it all could have gone so different.

I grew up without a father. My children grew up without a father. My granddaughter is growing up without a father, because they were not the men Dawayn is or because they got murdered. That is just the reality around here. I do not take for granted what it means to have a man in our home. Not just any man. This man. Dawayn is the center of our household and he radiates a kind of love that makes everyone in it feel safe. He shows my son, who is eleven and whose father was never present, what it looks like for a man to be responsible how to treat people with respect, how to work and provide, how to keep your word, how to take care of a home, how to treat a woman. He does not lecture. He just does these things and my son watches.

My biggest concern is our son, Dawayn Jr. He is one year old and and he is so attached to his father. He only wants to be in one place and that is in Dawayn's arms. Nothing makes Dawayn be happier. Our son is always looking around for his dad and as soon as he sees him it is like no one else exists. Dawayn is so patient and just picks him and continues doing whatever he was working on with our son in his arms. I get it. He makes us all feel so safe. I worry what will happen if suddenly Dawayn disappeared. He is too young to understand and I am afraid of what it will do to him.

I sometimes sit and watch Dawayn with the children -talking to them, guiding them, just being present in a way I never had growing up and I think about how different my life might have been with a father like him. He is doing everything he wished his father had done for him. He is doing everything I wished someone had done for me.

Your Honor, I know Dawayn. I know that he would never have taken that job if he had understood what it could cost this family. Nothing in this world would be worth that risk to him. I hope you will see that, and I hope you will consider what it will mean to all of us — to the children in this house and the children in this neighborhood who look at Dawayn and see a man doing it right. If you give him the chance to come home I know he will make you as proud as he makes us.

Sincerely,

Ashley Kinard

**From:** **Antoywayn Lindsey** aslindsey180@gmail.com
**Subject:** Letter for Dawayn Lindsey
**Date:** March 19, 2026 at 11:53 AM
**To:** jill@zedekpartners.com



Dear Judge Karas,

My name is Antoywayn Lindsey. I am Dawayn Lindsey's older brother. I think I know Dawayn better than anyone. I have seen him grow and transform into a man others now look up to. I am writing to you to help you understand the man he has become.

I want to start by telling you something about where we came from, because I think it matters. We grew up in Camden. We were 11 kids, a single mother and no father in the house because he was on crack. This is the origin story of too many men caged up in prisons. Crack was new to the neighborhood and turned our already broken city into a zombie town. There were no jobs, but for people with ambition there was crack. My mother did the best she could. There were times when there was not enough of anything. But there was always a lot of love. My mother taught us that there was always more room in the house and more room in our hearts house for anyone who needed it.

Our oldest brother was nearly killed in an accident with a bus when I was 15, that meant it was my turn to be the father. But I went to prison at 17 just when Dawayn needed me most. When I came back he was grown and in prison himself. I know what I missed, and I know that my absence cost him something I cannot give back. I thought I was teaching my brother how to survive these streets and when I was ready to teach him something new he had already followed in my footsteps.

I know what prison does to a person and I know what it takes to come back from it and try to live right. Most people don't know how hard that is unless they have done it. You leave and the world has moved on and you are starting from nothing, with a record that follows you everywhere you go. Every door you try to open, someone finds out about your past and closes it in your face. It gets to you and I too slipped up and made mistakes. It wasn't more punishment that made me change, it was the opportunity somebody finally gave me to get it right.

When Dawayn went back to prison I was so angry at him. I tried wanted to follow him around just to make sure he stayed safe. I even quit my job to take a job with him at Camden County College as a janitor so I could keep an eye on him. We both got fired anyway as soon as our background checks came back. We were not asking for anything except a chance to work. They said no.

I told him to take it slow, to stay away from his friends, especially the ones I knew drank too much and were too damaged to help him. I wanted him to learn from my mistakes. But no one ever learns from somebody elses mistakes. I felt like I failed him and he failed me. I pulled away. It was all too much. Dawayn never blamed me for pulling away. That is not who he is. He always tries to see things from the other person's point of view. He knew I was trying to protect him. I am the one who still carries it.

But when he came home this time, I could see something changed. Dawayn was determined to get it right in a way I never saw in him before. He had a plan and was focused on carrying it out.

I watched Dawayn work nights at the bakery and go straight to CDL school in the morning and come home and take care of those kids and do it all over again. I have never seen anyone work so hard. When he got his CDL, I was so proud of him I don't have words for it. He cried and I understood why. That license meant he had done something no one in our family had ever done. He studied hard and got rewarded. For us rewards are something that get dangled always a little

out of reach and keep moving so you never quite get them. He really thought he got something no one could take away. He registered a company. He was already out there looking for loads to haul. He walked into businesses cold and talked to people and they took him seriously. I saw it happen. But here we are on the edge of it all being taken away.

I want to say something about this case, because it is the thing that keeps me up at night. The job at that business — I was going to take it. I want you to hear that. I knew the same friend. I thought he was doing well for himself. The building looked like a real office. We thought it was a legitimate business. I knew Dawayn needed work because too many kids were depending on him. So I told him to take it. I stepped back so my brother could have a job. And now he is sitting in a courtroom and I am writing this letter, and I have to live with the fact that it would have been me if things had gone differently.

Dawayn does not know I am writing this part. He would probably tell me not to. That is who he is. He does not want anyone suffering on his behalf. He would rather carry it alone.

Your Honor, I am asking you to let my brother come home. Not because he doesn't take responsibility — he does, fully, and he would be the first to tell you so. I am asking because the children need him. Those kids have a man in their life who shows up, who talks to them, who teaches them how to handle themselves in a way that will keep them out of trouble. That is not something they can get anywhere else. I grew up without that and I know what it costs. Dawayn is giving them something neither one of us had. If he is gone, that stops.

I am also asking because I need my brother. We have lost too many good people and honestly that is why nothing ever seems to change around here. He doesn't need to go back to a cage. He has already learned how easily everything can go up in smoke. I don't understand what purpose prison serves here. There must be another way.

I have made my mistakes in this life and I own them. So does my brother. What I know is that when Dawayn came home this last time, he was done making his. I believed that then. I believe it now. I am asking you to believe it too.

Sincerely,

Antoywayn Lindsey

**From: J H** jammm0880@gmail.com
 **Subject:** Letter for Dawayn Lindsey
**Date:** March 19, 2026 at 1:41 PM
**To:** jill@zedekpartners.com

Dear Judge Karas,

My name is Jamie Hill. I am Antowayn Lindsey's wife and Dawayn's sister in law. I have been part of this family for more than fifteen years. In that time Dawayn has become a brother to me. I am writing to you because I know him in the way you can only know someone you share a life with, inside the same house, at the same table, watching the same children grow up. I want you to know what I have seen and what this man means to us.

I want to be honest with you about the full picture. When Dawayn was paroled to our home in 2019, I saw him stumble. He was not doing anything illegal. He was just wild and free in the way a man gets when he has been locked up for too long—going out, drinking too much, acting the fool with his friends. His brother and I tried to talk sense into him but he wasn't ready to hear it. One of those nights spent at a party went too far and he went back to prison. I was devastated and furious and heartbroken all at once. We understand the seriousness of what happened. But I also know that what happened was a man who had been caged for most of his adult life finally feeling free and not knowing yet what to do with that feeling. That about killed him.

When he came home this last time, everything was different. I noticed it the moment I saw him. He was centered. Focused. He had a plan and he was working it with a determination I had never seen in him before. It wasn't easy. He faced rejection for his past, but he understood that was a consequence of the choices he made. That is the thing about Dawayn. He never shifts blame, even when there is plenty to go around. He finally found a place willing to give him a chance, and to be honest I think they got the best end of that deal. They got a devoted worker, willing to take on the shifts no one else wanted and did overtime whenever he could. He found out he could get his commercial driver's license paid for and he chased that down like it was the last opportunity on earth, because in some ways, for a man with his background, it was. He studied. He asked for help. He passed with a perfect score. I have never been so proud of anyone in my life.

During all of this he also became the center of a household. His girlfriend's children needed a father figure and he became one. He picks them up from school. He does homework with them. He takes a real interest in who each of them is. When I think of one word to describe Dawayn Lindsey, the word is DAD. Not because it is a role he was assigned but because it is who he chose to become. His youngest daughter was born while he was incarcerated. He has been making up for that ever since, and he will keep making up for it for the rest of his life if you let him. His son was born a year ago and Dawayn is the absolute

center of his world. They are bonded in a way that melts the heart. We tease him that his baby got the softest feet, because when Dawayn is around they never touch the ground. That child only wants to be in Dawayn's arms where he knows he is safe and protected.

I will tell you a small story that says everything about who Dawayn is. My daughter's car caught fire on the New Jersey Turnpike. She was eighteen years old, it was New Year's Eve, and she was working and going to school and suddenly had no way to get anywhere. Dawayn was first on the scene. He then gave her his car. He did not hesitate. He did not ask when he would get it back. She needed it and he had it, so she had it. That is who he has always been. When Dawayn has it, everybody has it.

What I keep coming back to is this - if Dawayn had wanted to go back to the streets, he could have walked around the corner. He grew up in those streets. He knows them. He could have made far more money doing the wrong thing than he ever made cleaning floors on the night shift. He did not know it was the wrong thing. My husband almost took that job. They both thought it honest work through a friend they trusted. It could just as easily be me and Antowayn standing before you to be judged. I know that Dawayn, like his brother, never would have knowingly done anything to put his family and his future at risk. He had worked too hard and come too far. He got too many people depending on him and is too committed to giving them the role model he never had.

And now here we are. A man who did everything he was supposed to do, who chased down every legitimate opportunity, who showed up every single day for his children and his family, is sitting in a courtroom facing more time away from the kids who need him. I do not understand how more incarceration serves anyone here. It will not make him safer. He is not a danger. It will not teach him a lesson he hasn't already learned the hard way, more than once. What it will do is take a father away from children who finally have one and show the kids of this town that no effort is rewarded.

I am asking you, with everything I have, to consider a sentence that allows Dawayn to remain in the community. Let him keep the CDL he earned. Let him keep building Street2Street. Let him keep driving those kids to school and doing their homework with them and showing up the way no one showed up for him when he was their age. That is not leniency. That is justice for the people who will be most affected by whatever you decide—and those people are children.

Thank you for reading this letter and for the consideration you give to it.


Sincerely, Jamie Hill

**From:** haseeblu@yahoo.com
**Subject:** Letter in support of Dawayn Lindsey
**Date:** March 18, 2026 at 12:21 PM
**To:** jill@zedekpartners.com

Dear Judge Karas,

My name is Lewis Golden Miller. I have known Dawayn Lindsey for over twenty years, and I have watched him grow and change into a responsible father and role model and I need to think that matters.

I'm going to start with something personal. I got out of prison, and one of the first things I did was get my CDL. That license changed my life. It gave me a career, a legitimate income, a reason to get up in the morning and go somewhere that was not the corner. I know what it means to come out of incarceration with nothing and have to build something from scratch, and I know what it feels like when you finally find the tool that can get you out. For me, that tool was a CDL.

So when Dawayn came home, I told him. I told him and I told a hundred other men in this neighborhood a CDL can change your life. Anything you do toward a real career is a step forward, because we did not learn this growing up. We did not know people with careers. We did not see that path. We knew the streets because that is what was in front of us. I wanted Dawayn to see something different, because I had seen it myself.

Not everyone listened to me. But Dawayn listened and he acted. He found out how to get the training. He worked nights at a bakery and went to school in the mornings. He let me help him study. He asked for my help. He got hurt and had to start over and he did that too. He earned a perfect score. He registered his own company, Street2Street, because he wasn't just thinking about a job he was thinking about a future. I have watched a lot of men come home from prison and try to get it right. I have not seen many do it the way Dawayn did it. He was fully committed in a way I recognized because I had felt it myself.

I also want to speak to this case directly, because I think I have standing to do that. When Dawayn told me about the job cleaning an office overnight, just to fill the gap while he was waiting to go back to CDL school after his injury I did not think anything was wrong with it. He is not a man who would knowingly put everything he had worked for at risk. I know him. That is not who he is.

What I see when I look at Dawayn Lindsey is a man who found the same road I found, later than I did and with more obstacles in the way, and who was walking it as hard as he could. I am asking you to consider what it would mean for him, for his children, for the men in this neighborhood who watched him earn that CDL and started thinking maybe they could too if that road gets taken away from him now.

He is not a danger. He is a father and a hard worker and a man who is showing by example that there is another way, an alternative to these streets. We need more men like Dawayn and we need to show these kids coming up that when you do good, good is recognized and even we deserve grace. Please give him the chance to prove it.

Thank you for your
time. Sincerely,
Lewis Golden Miller

**From:** Shane Still
shane.stillsr@yahoo.com **Subject:** Letter for
Dawayn Lindsey II
**Date:** March 19, 2026 at 9:29 PM
**To:** jill@zedekpartners.com

Dear Judge Karas,

My name is Shane Still. I am a United States Army combat veteran. I enlisted in  1998, served three combat tours in Iraq and Afghanistan, and worked as a government  contractor in Kuwait, Iraq, and Afghanistan after that. I am disabled as a result. I now work  as an engineer technician for a pipeline company, where I service the equipment that moves  gas and oil through the region. I tell you this because I know what a combat zone looks like,  and I know what it does to the people inside it.

I grew up in Camden with Dawayn Lindsey. He is more than a friend to me — he is  my brother. I practically lived with his family growing up. His mother Patricia was my  second mother. She took us to school, took us to camp, fed us, and kept us in line. Dawayn's  brothers were my brothers in every sense that mattered. Despite everything around us, we  had a genuinely good childhood because of the people in that house.

I want to say something about Camden that I do not think gets said clearly enough in  rooms like this one. I have spent time in active combat and I will tell you without hesitation  that Camden during the crack epidemic was a combat zone. Crack cocaine did not just create  addiction, it had Camden in a chokehold. It broke up families, devastated schools, drove out  anyone who could leave, and left those who remained with fewer resources and more trauma  than any city should have to absorb. We did not have a name for what we were experiencing.  We did not get treatment for it. We did not get the kind of recognition that soldiers get when  they come home from a war. But we were living in one. The PTSD I carry is not only from my military service. Some of it comes from growing up in Camden. I would like to know  when this country will start recognizing what it takes to survive a city like that and what it  means when someone does.

Dawayn survived it with something most people from Camden do not get to keep: his  heart. That is not a small thing. Camden gives you a hard heart. It teaches you that generosity  gets punished and trust gets exploited and that the safest thing is to look out for yourself and  keep moving. Dawayn did not learn that lesson. He has the most contagious smile and laugh  of anyone I know. Watch him longer than just a few seconds and you will see that big,  beautiful smile appear on his face. That comes from the way he sees the world. Dawayn sees  the best in people. He believes in people even when they have given him reason to. In a city  that hardens everyone it touches, he stayed open. I have thought about that for a long time. It  is one of the most remarkable things I know about him, and it is also — I say this with

sorrow — the reason we are here. His willingness to trust a friend, to take a job at face value,  to not ask the questions that a harder man would have asked: that is not a character flaw.  That is his character. And it was used against him.

If Dawayn wanted to get  into drug dealing he knows how to do that. But Dawayn Lindsey did not want to be involved  with selling drugs. He had a job he was proud of and was working hard to get his CDL so he  could start his own business. Maybe even provide jobs in this town that has too few. Now, if  Dawayn goes to prison for this, nothing will change. No one will learn that what happened to  him is a crime. What gets learned instead is the lesson Camden has been teaching for decades: that trying to do the right thing has no reward, that the system will find you regardless, and that there is no point. I have watched that lesson destroy people I grew up  with. I have watched men with far less than Dawayn had give up entirely because the  evidence kept telling them to. Dawayn has not given up. Not once. That tells me everything I  need to know about his resilience. He will be great at everything he sets his mind to, if he is  just given that opportunity.

I enlisted in the military in 1998 partly because growing up in Camden meant that  college was not something we could afford. I joined the military because I wanted to become  part of this nation rather than just existing alongside it as we do in cities like Camden. I  yearned to become a part of this country and the things that make it great. It doesn't make us  great to dispose of the people trying to navigate the wreckage of our blighted cities. I truly  believe we are better than that. I made my choice and I am proud of it. Dawayn made  different choices and paid for them. What he is doing now — the CDL, the LLC, the  children he is raising, the neighborhood kids he is mentoring — that is also a form of  service. It deserves the same recognition.

I also want to say this: Dawayn has a gift with young people. He is direct, he is  honest, and he has actually lived the life that these kids are trying to navigate. What they see  on television and hear in music is not reality. Dawayn is reality. "Each one teach one" as they  say, and Dawayn has so much he can teach. He knows what the streets actually cost — not as  an abstraction but as a man who paid the price and kept going anyway. There is no  curriculum that teaches what he can teach. The community gets more out of Dawayn being  present and vocal and free than it will ever get out of another prison sentence.

Your Honor, I am asking you to extend grace here. Not because Dawayn is asking to  be excused from accountability, but because the Court has an opportunity to do something  genuinely positive — to let a good man continue the path he is on, to help amplify the good  he is already doing, and to send a message to a community that has been told for generations  that the system is not for them. You can help Dawayn. In doing so, you can help a great  many more people than just him. A prison sentence won't do that. Prison will set Dawayn  back, an different type of sentence that takes into account who Dawayn is now will propel  him forward, and

carry all the children he touches along with him. I hope you will consider  this option.

I love Dawayn and I have a debt to his family. I will be here to support him every  step of the way.

Respectfully,

Shane Still

**From:** **Taniyah Green** ktaniyah05@gmail.com
**Subject:** Re: Dawayn Lindsey letter
**Date:** March 24, 2026 at 10:30 PM
**To:** jill@zedekpartners.com

Dear Your Honor,

My name is Taniyah Kinard and I am writing to provide a character reference for Dawayn Lindsey, my stepdad, whom I have known for my whole life. I am aware of the charges brought against him and the upcoming court proceedings, and I truly believe it is important for me to share my perspective on his character and conduct. I hope this letter finds you in great health and high spirits.

Dawayn Lindsey has always been a supportive, loving, uplifting father figure in my life physically, mentally, and emotionally. No matter the decisions I made in my 20 years of living my stepdad always supported me in any and everything I wanted to do. Although I got pregnant at a young age, the love and support my stepdad had for me never changed. It actually added on tremendously. Even though the majority of the time he couldn't be there physically to support me, he always made sure he was there mentally and emotionally. He always made sure that even after I had my baby I stayed on top of my grades, my passion for running track, and my dream of going to college. He made sure I never gave up on that. With the uplifting conversations we had nonstop 24/7 he made sure I achieved my goals. With his support I was then able to finish school with a 4.0 GPA and receive over 13 scholarships not only for school but also for track. My stepdad made sure I walked across that stage and he was on the side as one of my biggest supporters.

In addition to our loving stepdad/ stepdaughter relationship, he is also an amazing grandpa/ father figure to my baby girl. My baby never got to really know her biological father. He was killed due to gun violence. I don't say that for sympathy. That is just a hard reality around here. But my stepdad stepped into that role like it was the most natural thing in the world. Too many men dont even care for their own kids, but my stepdad made my daughter feel like his own. He always made sure to include her in everything and never made her feel left out. He treats her no different than his biological children. He loves her like his own and nothing in the world could ever change that. She lost her father, and my stepdad made sure she still knows what it feels  like to have a man who shows up for her. I will never forget that and neither will she.

It's nothing but laughter and a loving bond when it comes to my stepdad and the children. He is not a man who says "no" without thinking - no matter what the kids ask for it's always yes, yes, yes –within reason. As long as they got smiles on their faces he could care less about the price or the object. He tries his best to make it happen and to make sure the kids understand nothing is free, responsibilities come with gifts.

My stepdad is the center of the household. He is always the man that everyone in the family calls on and loves the most. One thing about my stepdad: he would go to the moon and back to make sure everyone in the family is happy and has what they need. He's the man that everyone knows they can count on no matter the time of day. He's the type of person who would drop anything he's doing to rush to the rescue. No matter the scenario we know he's the one that's coming in a flash. He's the type of person who would give his last to make sure someone else is happy and satisfied and I can say that's why he's the favorite and the one that everyone would call on.

It is my sincere hope that you take my stepdad's true character into consideration before making any decision. Despite the circumstances that have led us here my stepdad has continually demonstrated qualities such as responsibility, remorse, love, forgiveness and much more. He has shown by example that change is possible, that none of us is defined by past mistakes, and that reward comes with hard work and responsibility. He shows us there is a different path to the one he took, and most of this town takes. He honestly changed my life. I can confirm that in all the time my stepdad has been home he has been reliable, trustworthy, uplifting, and a decent changed person. I just hope you will take our family into consideration before you make your fair decision and give us the chance to benefit from him being at home and available to us all to learn from him, to love him, and to be love and supported by him.

Sincerely,
Taniyah Kinard

**From:** ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Letter for Dawayn Lindsey
**Date:** March 26, 2026 at 4:37 PM
**To:** jill@zedekpartners.com

Dear Judge Karas,

My name is ▮▮▮▮ Kinard. I am seventeen years old and I am in tenth grade. I am writing to you about Dawayn Lindsey, who is technically my stepfather but is the only father I have ever known.

Dawayn talks to me alot about my day or how school is going but also about the important things like self-respect, hard work, staying true to myself, being careful about the choices I make right now because these years count. I know my future is really important to him.

He is there to help me with whatever I need even if I don't know what that is. I told him I wanted to start working, he did not just say good idea and move on. He helped me get my working papers, research jobs and programs that can help me build toward the future I want. I don't take that for granted. A lot of my friends do not have anyone doing that with them.

He has rules for me that I used to think were too strict. I am not allowed to date. I am probably the only girl in my grade with that rule. But I understand it because he always explains it. He knows what happens when girls my age get distracted from their path. He does not want that for me.

I know he made a mistake. He doesn't hide from that. He always talks to me about his mistakes and what he learned from them. I know I can talk to him about stuff like that too.

I know he is right. These are important years and I really need him here to help me through them with the little and big things. Helping me with my applications. Checking in on my choices. Reminding me the future I want.

I hope you will consider what it would mean for me, and for my family, if he is not home. I am asking you, with respect, to give him a sentence that allows him to stay in my life. Thank you for reading this letter.


Sincerely,



Kinard



# PHILADELPHIA YOUTH BASKETBALL

*Empowering young people as students, athletes, and positive leaders.*

experience, incarceration history, and documented, sustained effort to rise above that past that makes his story both credible to the young people we serve and genuinely instructive.

PYB is not in the business of vouching for people we do not know. I have reviewed Dawayn Lindsey's background, his history, and the record of what he has accomplished since his most recent release. I have considered whether he is the kind of person we would trust with access to the young people in our programs. The answer is yes. Not despite his history, but because of what he did with it. That is precisely the quality that makes someone useful in this role.

We believe the community gets more from Dawayn Lindsey being present, engaged, and required to put what he has learned to work for young people than it could possibly get from further incarceration. We respectfully ask the Court to consider this offer as part of any alternative sentencing arrangement.

Philadelphia Youth Basketball is available to answer any questions the Court may have about this offer, our organization, or our capacity to support and supervise Mr. Lindsey's engagement with our programs. Please do not hesitate to contact us directly.

Thank you for your attention to this matter and for the consideration you extend to it.


Respectfully submitted,

**Kenny Holdsman**
President & Chief Executive Officer
Philadelphia Youth Basketball

**Board of Directors**

**Brooke Queenan**
Chair

**Isaiah Nathaniel**
Vice Chair

**Tyneeha Rivers**
Secretary

**Alan Gubernick**
Treasurer

Paul Aschkenasy
Dr. Jayme Banks
Michael Cohen
Erinn Corbett-Wright
William Ellerbee
Dr. Helene Glassberg
Kenny Holdsman
Bob Kothari
John Langel
Kafi Lindsay
Joel Litvin
Marshall Mitchell
Marlene Olshan
Bishop Devin Park
Albert Parker
Brian Peterson
Robert Quint
Bill Ryan
Craig Scott
Mark Silow
Samuel Silvers
Michael Spolan
Dr. David Thomas
James Thompson
Howard Widra
Debbie Zumoff

**Kenny Holdsman**
President & CEO

**Founding Champions**
Ballard Spahr LLP
The Lenfest Foundation

**The Alan Horwitz "Sixth Man" Center**
4250 Wissahickon Avenue,
Philadelphia, PA 19129
info@phillyyouthbasketball.org
www.phillyyouthbasketball.org
267-519-9209



**Mobilizing the Community to Build the Alan Horwitz "Sixth Man" Center, Powered & Operated by Philadelphia Youth Basketball**