**From: Barry Langer** coachbarry123@gmail.com
**Subject:** My coaching experience working with Dawayn Lindsey
**Date:** March 25, 2026 at 7:05 AM
**To:** jill@zedekpartners.com

BL

Dear Judge Kenneth M. Karas,

I am a financial coach (volunteer) with the Community Service Society of New York. I have been working with Dawayn since February of this year to help him become more financial literate overall and to help him begin the process of starting his own trucking business. We have been meeting virtually every other week since our first session in February.

Dawayn has been extremely motivated to work with me and has been very diligent in following my direction. Since we've started meeting, he has begun to track his spending and now is using a debit card so he has a record of where his money goes, which has resulted in a significant drop in spending.  He has opened a savings account and has been able to save $500 from each paycheck. He already has also paid off all of his credit card debt. We've set a goal of saving $5,000 in order to have enough to invest in the startup of his trucking business. At this rate, he should be able to achieve the $5,000 of savings by this coming fall.

I would like to note that I am also a SCORE mentor, which is a national organization that helps individuals start and manage small businesses. My plan is to also mentor him through the process of starting up his trucking business once he has achieved the goal of saving $5,000.

I would be very happy to provide more information on my coach/client relationship with Dawayn should you have any additional questions. Thank you.

Barry Langer
347-570-0771
Financial Coaching Corps I Community Service Society of New York
New York City I SCORE
Barry Langer I LinkedIn



## SMITH & SOLOMON
### COMMERCIAL DRIVER TRAINING
1245 Delsea Drive, Westville, N.J. 08093
1-856-661-0400
www.SmithSolomon.com

March 9, 2026

Re: Dawayn Lindsey

To Whom it may concern:

I am writing this to provide a character reference for Dawayn Lindsey. I have known Dawayn for 2 years. He was a student here at Smith & Solomon and obtained his CDL-A drivers license. He graduated in December 2025. He was a motivated student with a willingness to learn. Dawayn was liked by everyone. I really enjoyed having him here.

If you have any questions, please feel free to call me at the number below.

Jeanette Stein
Campus Business Manager
Smith & Solomon Commercial Driver Training
1245 Delsea Drive,
Westville, N.J., 08093
856-661-0400 ext 241

SMITH & SOLOMON
COMMERCIAL DRIVER TRAINING
Find us on: 📘 🐦 You Tube

**Jeanette Stein**
Campus Business Manager
jstein@smithsolomon.com
www.smithsolomon.com

1245 Delsea Drive
Deptford Twp, NJ 08096

Tel: 856-661-0400 ext 241
Fax: 856-345-1829

| | |
|---|---|
| **From:** | Mike Davis |
| **To:** | James Neuman |
| **Subject:** | Judge Letter |
| **Date:** | Wednesday, January 21, 2026 9:59:53 AM |

Your Honor,

I am writing on behalf Dawanye Lindsay. My name Michael Davis, I'm the Dispatcher in management for South Jersey Bakery. I wanted the court to know that Dwayne is a diligent driver for are company and has great work ethic. Any time I've ask Dawanye to work extra hours or extra days he was there for the company.While he worked for almost a year back from being injured the year prior he also got his CDL class A. Which was a very proud accomplishment for him. I believe that he would be a important provider for his family and community thus far.

Sincerely,

Michael Davis

# PHILADELPHIA YOUTH BASKETBALL

*Empowering young people as students, athletes, and positive leaders.*



**Board of Directors**

**Brooke Queenan**
Chair

**Isaiah Nathaniel**
Vice Chair

**Tyneeha Rivers**
Secretary

**Alan Gubernick**
Treasurer

Paul Aschkenasy
Dr. Jayme Banks
Michael Cohen
Erinn Corbett-Wright
William Ellerbee
Dr. Helene Glassberg
Kenny Holdsman
Bob Kothari
John Langel
Kafi Lindsay
Joel Litvin
Marshall Mitchell
Marlene Olshan
Bishop Devin Park
Albert Parker
Brian Peterson
Robert Quint
Bill Ryan
Craig Scott
Mark Silow
Samuel Silvers
Michael Spolan
Dr. David Thomas
James Thompson
Howard Widra
Debbie Zumoff

**Kenny Holdsman**
President & CEO

**Founding Champions**
Ballard Spahr LLP
The Lenfest Foundation

**The Alan Horwitz "Sixth Man" Center**
4250 Wissahickon Avenue,
Philadelphia, PA 19129
info@phillyyouthbasketball.org
www.phillyyouthbasketball.org
267-519-9209



March 2026

The Honorable Kenneth M. Karas

United States District Judge

Southern District of New York

Re: United States v. Dawayn Lindsey — Community Engagement Offer

Dear Judge Karas,

My name is Kenny Holdsman. I'm the Co-Founder, CEO, and President of Philadelphia Youth Basketball, and I've been leading this work since we launched in June 2015. For nearly three decades, my career has been grounded in urban youth development. I've focused on creating real, scalable opportunities for young people, especially those growing up in under-resourced communities, to define their own paths and build meaningful lives. That work spans both in-school and out-of-school time, with an emphasis on education, leadership, career exposure, mental and physical wellness, mentorship that reflects lived experience, strong family engagement, and access to networks that open doors.

Philadelphia Youth Basketball is a nonprofit based in Philadelphia, built to support and empower young people from across the city. Today, we serve more than 1,600 youth each year. A major milestone in our journey was the opening of the Alan Horwitz "Sixth Man" Center in Nicetown, a 100,000-square-foot, $42 million facility that represents one of the most significant investments in youth development infrastructure in Philadelphia in recent years. It's home to seven basketball courts, along with spaces dedicated to financial empowerment, mental health services, workforce development, and civic engagement.

At PYB, we use basketball as the entry point, but the work goes far beyond the game. We're building a model that integrates life skills, mentorship, and workforce readiness, all grounded in a commitment to racial equity. At the core of everything we do is a simple belief that the most powerful influence in a young person's life is someone who understands their reality because they've lived it, and can show them what's possible on the other side.

I am writing to the Court to offer Dawayn Lindsey a formal volunteer role with Philadelphia Youth Basketball as a Community Mentor and Youth Presenter, effective upon any sentence that permits community engagement. This offer has been reviewed and approved at the organizational level. It is genuine, structured, and specific.

PYB's programming serves young people at precisely the inflection point where the path forward is not yet determined — where the choices made in the next year or two will shape the next decade. What we have consistently found is that the most powerful intervention we can offer these young people is not a lecture or a curriculum. It is a person. A real

**Mobilizing the Community to Build the Alan Horwitz "Sixth Man" Center, Powered & Operated by Philadelphia Youth Basketball**

# PHILADELPHIA YOUTH BASKETBALL

*Empowering young people as students, athletes, and positive leaders.*



**Board of Directors**

**Brooke Queenan**
Chair

**Isaiah Nathaniel**
Vice Chair

**Tyneeha Rivers**
Secretary

**Alan Gubernick**
Treasurer

Paul Aschkenasy
Dr. Jayme Banks
Michael Cohen
Erinn Corbett-Wright
William Ellerbee
Dr. Helene Glassberg
Kenny Holdsman
Bob Kothari
John Langel
Kafi Lindsay
Joel Litvin
Marshall Mitchell
Marlene Olshan
Bishop Devin Park
Albert Parker
Brian Peterson
Robert Quint
Bill Ryan
Craig Scott
Mark Silow
Samuel Silvers
Michael Spolan
Dr. David Thomas
James Thompson
Howard Widra
Debbie Zumoff

**Kenny Holdsman**
President & CEO

**Founding Champions**
Ballard Spahr LLP
The Lenfest Foundation

**The Alan Horwitz "Sixth Man" Center**
4250 Wissahickon Avenue,
Philadelphia, PA 19129
info@phillyyouthbasketball.org
www.phillyyouthbasketball.org
267-519-9209



person, from a real place they recognize, who has stood where they are standing and can speak honestly about both paths and what each one actually costs.

Dawayn Lindsey is uniquely placed to have a direct and important impact on our community. As a student, Dawayn was an athlete and knows the power of sport to develop character. But he also learned the hard way that athletic ability alone does not guarantee a future. Dawayn knows the streets not as an abstraction but as the place where he spent his adolescence, made his mistakes, and paid for them. Dawayn knows what it takes to build something different, even while hindered by the collateral consequences of incarceration, and that is inspiring. His arc demonstrates that redemption is a long road, replete with setbacks and errors, but that true character is revealed in those moments. He exemplifies the resilience and humility we wish our youth to emulate. Our kids can draw inspiration from Dawayn as he develops his business and observe his successes and failures. These are all important lessons and this is a unique opportunity for our community to have a front row seat to Dawayn's transition into an entrepreneur. Dawayn can speak to the importance of finding mentors, uncovering and utilizing resources, and developing a network of professionals to help guide decisions. He has lived the life these kids are trying to navigate. What he can offer them is not theory. It is testimony.

The role we are offering Dawayn is structured as follows:

- Participation in our Teen Rec Night program, a basketball-centered mentorship program that harnesses the unifying power of basketball and a safe "third space" to develop young people into the next generation of leaders. Rooted in the African philosophy of ubuntu—the belief that "I am because we are," which highlights our interconnected humanity— we create an environment for teens to grow, heal, and thrive within a supportive community, on & off the court.
- Monthly group presentations to PYB participants (ages 13–21) in our Prep Academy, a structured development program that blends competitive basketball training with mentorship, academic support, leadership development, mental and physical wellness, and more. We see Dawayn engaging youth on navigating the realities of street life, the criminal justice system, and the path toward legitimate employment and self-sufficiency, drawing on his own biography as primary source material;
- One-on-one mentorship availability for PYB participants identified by staff as at elevated risk of justice system involvement, with Dawayn serving as a credible intervenor in the peer-influence dynamics that our coaches and program staff observe but cannot always reach;
- Participation in PYB's workforce readiness programming as a guest speaker on commercial trucking, entrepreneurship, and the CDL pathway as a viable career route for young people without college degrees; and
- Coordination with PYB staff to report on participant engagement and flag concerns, ensuring that his work within the organization is supervised, documented, and accountable.

This role is not decorative. PYB has a demonstrated institutional commitment to this kind of credible messenger programming, and we believe Dawayn Lindsey brings something unique to our current roster of mentors: the specific combination of Camden street

**Mobilizing the Community to Build the Alan Horwitz "Sixth Man" Center, Powered & Operated by Philadelphia Youth Basketball**