# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

———

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

March 27, 2026

BY ECF
Hon. Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Dawayn Lindsey,* 25 Cr. 480 (KMK)

Your Honor:

I represent Dawayn Lindsey in the referenced case and am writing to ask for a temporary change to his conditions of release. Specifically, we ask that on April 3, 2026, Mr. Lindsey's electronic monitoring device be removed for several hours, so that he can undergo an MRI.

As indicated in the attached letter, Mr. Lindsey is scheduled to have an MRI of his back on April 3, 2026. The letter also indicates that his ankle monitor must be removed in order to undergo the procedure. I have conferred with the pre-trial services office regarding this matter. They informed me that they do not oppose this application, on the condition that the attached letter (which has already been provided by email) be provided to them in advance. My expectation is that Mr. Lindsey will hand-deliver the letter today. If this Court grants this application, Mr. Lindsey will go to the pre-trial office in the morning of April 3rd, have the device removed, and then return to the office the same afternoon so that the device can be re-installed. The government consents to this application.

Accordingly, we ask this Court to modify the conditions of release by permitting the removal of the electronic device for several hours on April 3, 2026.

Granted on the condition noted
herein.

Respectfully submitted,

So Ordered

3/27/26

_____/s/_____
James E. Neuman