## JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

——

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

May 7, 2026

BY ECF
Hon. Kenneth M. Karas
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re: *United States v Dawayn Lindsey,*  25 Cr. 480 (KMK)

Your Honor:

Previously, this Court granted my request that Mr. Lindsey's electronic monitoring device be removed for several hours, so that he could undergo an MRI.  Because of scheduling issues, that MRI never occurred.  Mr. Lindsey has now rescheduled his MRI for next week, May 13, 2026 (while he awaits his surrender that is scheduled to occur in about two months).

As before, we attach a letter confirming that Mr. Lindsey is scheduled to have an MRI of his back occur on May 13, 2026, requiring that his ankle monitor must be removed during the procedure. I have conferred with the pre-trial services office regarding this matter.  They informed me that they do not oppose this application. If this Court grants this application, Mr. Lindsey will go to the pre-trial office in the morning of May 13th, have the device removed, and then return to the office the same afternoon so that the device can be re-installed.

The government consents to this application.

Accordingly, we ask this Court to modify the conditions of release by permitting the removal of the electronic device for several hours on May 13, 2026.

Granted, on the conditions noted
herein.

Respectfully submitted,

So Ordered.

_____/s/_____
James E. Neuman

5/7/26