**JAMES E. NEUMAN, P.C.**
Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
www.jamesneuman.com
james@jamesneuman.com

July 2, 2026

Hon. Kenneth Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

Re: *United States v Dawayn Lindsey*, 25 Cr. 480 (KMK)

Your Honor:

This letter is submitted to request a postponement of the surrender date for Dawayn Lindsey. As you may recall, on April 9, 2026, this Court sentenced Mr. Lindsey to 37 months of incarceration and three years of supervised release, and set a surrender date of July 9, 2026. As of the current date, however, the Bureau of Prisons has yet to designate Mr. Lindsey to any specific prison. Requiring him to surrender at this point, therefore, would require that he spend time at the MDC in Brooklyn and await the opportunity for him to be transported to his ultimate designation (a process which could take months).

For these reasons, we ask that Mr. Lindsey's surrender date be postponed to August 7, 2026, by which time presumably a designation will be made.

Finally, I note that two days ago I informed the government that I would be making this application and asked if they would be taking any position, but I have not received a response yet.

Granted.

So Ordered.

7/6/26

Respectfully submitted,

/s/
James E. Neuman